# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABEL MARTINEZ, | ) NO. CV 11-08683 SS |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED: July 13, 2012.

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE