1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Pabel Martinez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PABEL MARTINEZ,                ) Case No.: CV 11-08683 SS
                                  )
12         Plaintiff,             ) {~~PROPOSED~~} ORDER AWARDING
                                  ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                         ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                )
           Defendant              )
16                                )
                                  )
17 _____ )

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,040.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE: October 2, 2012

24                        _____/S/_____
                          THE HONORABLE SUZANNE H. SEGAL
25                        UNITED STATES MAGISTRATE JUDGE

26